**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| MARIA R. RAYGOZA, individually and on behalf of the class defined herein,<br>v.<br>FIRST RESOLUTION INVESTMENT CORPORATION. | FILED: MAY 19, 2008<br>08 cv 2891   JH<br>JUDGE MORAN<br>MAGISTRATE JUDGE SCHENKIER |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Maria R. Raygoza, Plaintiff.

| NAME (Type or print) |
|---|
| Francis R. Greene |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Francis R. Greene |

| FIRM |
|---|
| Edelman, Combs, Latturner & Goodwin, LLC |

| STREET ADDRESS |
|---|
| 120 S. LaSalle St. 18th Floor |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06272313 | (312) 739-4200 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐