## *United States District Court for the Northern District of Illinois*

Case Number:  08CV2891                    Assigned/Issued  By:  DAJ

Judge Name:  MORAN                         Designated Magistrate Judge:  SCHENKIER

---

### FEE INFORMATION

**Amount Due:**   ☑ $350.00      ☐ $39.00      ☐ $5.00

   ☐ IFP      ☐ No Fee      ☐ Other _____

   ☐ $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00                    Receipt #: 2788064

Date Payment Rec'd:  05/19/08          Fiscal Clerk:  DAJ

---

### ISSUANCES

☑  Summons                              ☐  Alias Summons

☐  Third Party Summons                  ☐  Lis Pendens

☐  Non Wage Garnishment Summons         ☐  Abstract of Judgment

☐  Wage-Deduction Garnishment Summons   _____

☐  Citation to Discover Assets          (Victim, Against and $ Amount)

☐  Writ _____
        (Type of Writ)

1  Original and 0  copies on 05/19/08 as to DEF.
                           (Date)

_____

_____