UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARIA R. RAYGOZA, individually and on behalf of a class defined herein,<br><br>Plaintiff,<br><br>v.<br><br>FIRST RESOLUTION INVESTMENT CORPORATION,<br><br>Defendant. | Case No.: 08 CV 2891<br>Judge Moran<br><br>Magistrate Judge Schenkier |

## AGREED MOTION FOR AN ENLARGEMENT OF TIME

Defendant, First Resolution Investment Corporation ("First Resolution") by and through its attorneys David M. Schultz and Corinne C. Heggie pursuant to Rule 6 for its Agreed Motion for an Enlargement of Time to file its responsive pleading to plaintiff's Complaint, states as follows:

1. On May 19, 2008, plaintiff filed a class action Complaint against defendant alleging that defendant violated the Fair Debt Collection Practices Act, ("FDCPA").

2. Defendant was served on or about May 19, 2008. Defendant's responsive pleading is due Monday, June 9, 2008.

3. Defense counsel has recently been retained and needs additional time to analyze the issues in this matter, confer with its client and prepare the appropriate response. Defense counsel is contemporaneously filing an appearance with this motion.

4. Defense counsel has discussed the additional time with counsel for the plaintiff and counsel for the plaintiff has no objection.

5. This time is not meant for the purpose of unnecessary delay and will not prejudice any party to the litigation.

6325840v1 889145

WHEREFORE, Defendant, First Resolution Investment Corporation, respectfully, requests that this Court grant it an additional 21 days, up to and including June 30, 2008, to file its responsive pleading to plaintiff's Complaint.

> Respectfully Submitted,
>
> s/Corinne C. Heggie
> One of the attorneys for
> First Resolution Investment Corporation

David M. Schultz
Corinne C. Heggie
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601-1081
312-704-3000

3

6325840v1 889145