UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARIA R. RAYGOZA, individually and on behalf of a class defined herein, <br><br> Plaintiff, <br><br> v. <br><br> FIRST RESOLUTION INVESTMENT CORPORATION, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No.: 08 CV 2891 <br> Judge Moran <br><br> Magistrate Judge Schenkier |

## NOTICE OF MOTION

To:   Francis Greene
      Edelman Combs Latturner & Goodwin, LLC
      120 S. LaSalle St., 18th fl.
      Chicago, IL 60603
      fgreene@edcombs.com

   PLEASE TAKE NOTICE that on the 10th day of June, 2008, at 9:00 A.M. or as soon thereafter as this Motion may be heard, I shall appear before the Honorable James B. Moran or any Judge sitting in his stead in Room 1843 of the Dirksen Federal Building, and then and there present Defendant's Agreed Motion for Enlargement of Time, a copy of which is hereby served upon you.

                                         Respectfully Submitted,

                                          _s/Corinne C. Heggie
                                         One of the attorneys for
                                         First Resolution Investment Corporation

David M. Schultz
Corinne C. Heggie
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601-1081
312-704-3000

6326003v1 889145