UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARIA R. RAYGOZA, individually and on behalf of a class defined herein, | ) ) ) |
| Plaintiff, | ) ) ) Case No.: 08 CV 2891 ) Judge Moran |
| v. | ) ) Magistrate Judge Schenkier |
| FIRST RESOLUTION INVESTMENT CORPORATION, | ) ) ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I, the undersigned, an attorney, on oath state that on June 4, 2008 I served the above and foregoing **Appearance, Agreed Motion for an Enlargement of Time and Notice of Motion** via electronic mail to the following:

Francis Greene
Edelman Combs Latturner & Goodwin, LLC
120 S. LaSalle Street, 18th fl.
Chicago, Illinois 60603
fgreene@edcombs.com

                                              Respectfully Submitted,

                                              _s/Corinne C. Heggie
                                              One of the attorneys for
                                              First Resolution Investment Corporation

David M. Schultz
Corinne C. Heggie
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601-1081
312-704-3000