# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| MARIA R. RAYGOZA, individually and on behalf of a class defined herein,<br><br>Plaintiff,<br>v.<br><br>FIRST RESOLUTION INVESTMENT CORPORATION,<br><br>Defendant. | Case No.: 08 CV 2891<br><br>Judge Moran<br><br>Magistrate Judge Schenkier |

APPEARANCE(S) ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
FIRST RESOLUTION INVESTMENT CORPORATION

| |
|---|
| NAME:  David M. Schultz |
| SIGNATURE:  s/ *David M. Schultz* |
| FIRM:  HINSHAW & CULBERTSON LLP |
| STREET ADDRESS  222 North LaSalle Street, Suite 300 |
| CITY/STATE/ZIP  Chicago, Illinois 60601-1081 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6197596 | TELEPHONE NUMBER<br>312/704-3000 |
|---|---|

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?     YES ☒          NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES ☐          NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?      YES ☒          NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES ☒   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL   ☐        APPOINTED COUNSEL   ☐ |

6326483v1 889145

## **CERTIFICATE OF SERVICE**

      I hereby certify that on **June 5, 2008,** I electronically filed the forgoing **APPEARANCE** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service of to be served upon all parties of record.

                                            HINSHAW & CULBERTSON LLP

David M. Schultz                                          s/ *David M. Schultz*
HINSHAW & CULBERTSON LLP                David M. Schultz
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312/704-3000
312/704-3001 – fax
dschultz@hinshawlaw.com

6326483v1 889145