UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARIA R. RAYGOZA, individually and on behalf of a class defined herein, | ) ) ) |
| Plaintiff, | ) ) Case No.: 08 CV 2891 ) Judge Moran |
| v. | ) ) Magistrate Judge Schenkier |
| FIRST RESOLUTION INVESTMENT CORPORATION, | ) ) ) |
| Defendant. | ) |

## NOTICE OF MOTION

To:  Francis Greene
     Edelman Combs Latturner & Goodwin, LLC
     120 S. LaSalle St., 18th fl.
     Chicago, IL 60603
     fgreene@edcombs.com

    PLEASE TAKE NOTICE that on the 10th day of July, 2008, at 9:00 A.M. or as soon thereafter as this Motion may be heard, I shall appear before the Honorable James B. Moran or any Judge sitting in his stead in Room 1843 of the Dirksen Federal Building, and then and there present **Agreed Motion for an 18 Day Enlargement of Time,** a copy of which is hereby served upon you.

                                              Respectfully Submitted,

                                              _s/Corinne C. Heggie
                                              One of the attorneys for
                                              First Resolution Investment Corporation

David M. Schultz
Corinne C. Heggie
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601-1081
312-704-3000