UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARIA R. RAYGOZA, individually and on behalf of a class defined herein, <br><br> Plaintiff, <br><br> v. <br><br> FIRST RESOLUTION INVESTMENT CORPORATION, <br><br> Defendant. | Case No.: 08 CV 2891 <br> Judge Moran <br><br> Magistrate Judge Schenkier |

## CERTIFICATE OF SERVICE

I, the undersigned, an attorney, on oath state that on June 25, 2008 I served the above and foregoing **Agreed Motion for an 18 Day Enlargement of Time** and **Notice of Motion** via electronic mail to the following:

Francis Greene
Edelman Combs Latturner & Goodwin, LLC
120 S. LaSalle Street, 18th fl.
Chicago, Illinois 60603
fgreene@edcombs.com

                                                  Respectfully Submitted,

                                                   s/Corinne C. Heggie
                                                  One of the attorneys for
                                                  First Resolution Investment Corporation

David M. Schultz
Corinne C. Heggie
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601-1081
312-704-3000