UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Maria R. Raygoza
                                        Plaintiff,
v.                                      Case No.: 1:08−cv−02891
                                        Honorable James B. Moran
First Resolution Investment Corporation
                                        Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 9, 2008:

    MINUTE entry before the Honorable James B. Moran:Agreed motion for an 18 day enlargement of time [17] is granted. Defendant's responsive pleading to be filed by July 18, 2008. (No appearance required on 7/10/08)Mailed notice(ldg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.