## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Maria R. Raygoza

                               Plaintiff,

v.                                                  Case No.: 1:08–cv–02891
                                                       Honorable James B. Moran

First Resolution Investment Corporation

                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 15, 2008:

      MINUTE entry before the Honorable James B. Moran:Plaintiff's preliminary motion for class certification [21] is entered and continued. Motion hearing held on 7/15/2008 regarding motion to certify class[21]. Defendant's motion to dismiss to be filed by 7/18/2008. Plaintiff's response to defendant's motion to dismiss to be filed by 8/8/2008. Defendant's reply in support of its motion to be filed by 8/22/2008. Status hearing is set for 8/28/2008 at 09:15 AM. Mailed notice(ldg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.