UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARIA R. RAYGOZA, individually and on behalf of a class defined herein,<br><br>  Plaintiff,<br><br>v.<br><br>FIRST RESOLUTION INVESTMENT CORPORATION,<br><br>  Defendant. | Case No.: 08 CV 2891<br>Judge Moran<br><br>Magistrate Judge Schenkier |

## CERTIFICATE OF SERVICE

I, the undersigned, an attorney, on oath state that on **July 18, 2008** I served the above and foregoing **Motion to Dismiss Plaintiff's Complaint Pursuant to Rule 12(B)(6)** and **Memorandum in Support of Rule 12(B)(6) Motion to Dismiss** via electronic mail to the following:

Francis Greene
Edelman Combs Latturner & Goodwin, LLC
120 S. LaSalle Street, 18th fl.
Chicago, Illinois 60603
fgreene@edcombs.com

                    Respectfully Submitted,

                     s/Corinne C. Heggie
                    One of the attorneys for
                    First Resolution Investment Corporation

David M. Schultz
Corinne C. Heggie
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601-1081
312-704-3000

6342098v1 889145